IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CRIMINAL MINUTES: Change of Plea**

USA vs   Lindsey Louise Krajeck & Caleb Nathaniel Daugherty     DATE   07/20/20

Case No. CR-2-19-196          Time   10:53 a.m.          To  11:35 a.m.

===========================================================================

Honorable J. Ronnie Greer, U. S. District Judge, Presiding

| Kathy Hopson | Karen Bradley | Greg Bowman |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

===========================================================================

| DEFENDANT(s) | DEFENSE ATTORNEY(s) |
|---|---|
| Lindsey Louise Krajeck (3) | Eric Reach |
| Caleb Nathaniel Daugherty (26) | Michael Menefee |

**PROCEEDINGS:**

Defendant(s) Sworn

Court questions defendant(s) regarding physical and mental conditions and advises defendant of nature and possible consequences of plea

Indictments/reading waived

Motion of defendant(s) to change plea

Plea of Guilty by Lindsey Krajeck to     1     - Accepted

Plea of Guilty by Caleb Daugherty to     1     - Accepted

Plea Agreement for Lindsey Krajeck filed on **04/29/20 [Doc. 278]**

Plea Agreement for Caleb Daugherty filed on **04/07/20 [Doc. 258]**

Remaining Counts to be dismissed at time of sentencing

PSI reports requested

Defendant(s) remanded to custody of USM

Plea Agreement(s) Taken Under Advisement

**SENTENCING DATE:**
**November 16, 2020 @ 9:00 for defendant Lindsey Krajeck & December 7, 2020 @ 9:00 for defendant Caleb Daugherty   Before Honorable J. Ronnie Greer**