UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:19-CR-00196-3-JRG-CRW |
| | ) |
| LINDSEY LOUISE KRAJECK | ) |

## ORDER

This matter is before the Court on the United States' Motion for Continuance of Sentencing Hearing [Doc. 599]. The motion is **GRANTED**. Defendant's sentencing hearing is hereby **RESET** for Monday, April 12, 2021, at 10:30.

So ordered.

ENTER:

                                              s/J. RONNIE GREER
                                  UNITED STATES DISTRICT JUDGE